UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MEMCOR-TRUOHM, INC., | ) |
| | ) |
| Plaintiff/Counterclaim-Defendant, | ) |
| | ) |
| v. | ) Case No. 1:10-CV-00106-JVB-RBC |
| | ) |
| RAYTHEON COMPANY, | ) |
| | ) |
| Defendant/Counterclaimant. | ) |

## MEMCOR-TRUOHM'S STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff/Counterclaim-Defendant Memcor-Truohm, Inc., by counsel, and Defendant/Counterclaimant Raytheon Company, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby notify the Court that all claims asserted by Plaintiff/Counterclaim-Defendant Memcor-Truohm, Inc. in this action are hereby **DISMISSED WITH PREJUDICE**, costs paid.

Dated:  November 21, 2011                               Respectfully submitted,

EILBACHER FLETCHER, LLP                                 BAKER & DANIELS LLP


 s/James P. Fenton                                       s/Thomas C. Kus
James P. Fenton (Ind. Bar No. 6808-02)                  Thomas C. Kus  (Ind. Bar No. 14875-49)
fenton@eflawyers.com                                    thomas.kus@bakerd.com
                                                        Michael L. James  (Ind. Bar. No. 5029-02)
EILBACHER FLETCHER, LLP                                 michael.james@bakerd.com
803 South Calhoun Street, Suite 400                     Brian P. Clifford  (Ind. Bar. No.  26306-02)
Fort Wayne, Indiana  46802                              brian.clifford@bakerd.com
Telephone:  (260) 425-9777
Facsimile:  (260) 424-9177                              111 East Wayne Street, Suite 800
                                                        Fort Wayne, Indiana 46802
*Attorney for Plaintiff Memcor-Truohm, Inc.*            Telephone:  (260) 424-8000
                                                        Facsimile:  (260) 460-1700

                                                        *Attorneys for Defendant Raytheon Company*